THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR25-219-JNW |
| ) | |
| Plaintiff, ) | |
| ) | ORDER TO CONTINUE TRIAL AND |
| v. ) | EXTEND PRETRIAL MOTIONS |
| ) | DEADLINE |
| AMANDEEP SINGH MULTANI, ) | |
| ) | |
| Defendant. ) | |

THE COURT has considered the parties' stipulated motion to continue the trial date and adopt a briefing schedule. THE COURT FINDS, for the reasons described in the stipulated motion, that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);

(b) a failure to grant such a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

(c) the additional time requested is a reasonable period of delay as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses;

ORDER TO CONTINUE TRIAL AND EXTEND
PRETRIAL MOTIONS
(*United States v. Multani*, No. CR25-219-JNW) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A);

(e) the time requested between the current trial date and the new trial date is needed to provide counsel the reasonable time necessary to prepare for trial considering counsel's schedule and all the facts set forth above; and

(f) the period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS ORDERED that the following trial schedule is adopted:

| Event | Deadline |
|---|---|
| Pretrial motions filing date | March 16, 2026 |
| Defense notice of expert evidence regarding insanity or mental condition | March 16, 2026 |
| Pretrial motions response date | March 30, 2026 |
| Pretrial motions reply date | April 6, 2026 |
| Government expert disclosures | April 10, 2026 |
| Motions in limine filing date | April 13, 2026 |
| Motions in limine response date | April 23, 2026 |
| Defense expert disclosures | April 27, 2026 |
| Government's exhibit list filing deadline | April 27, 2026 |
| Government's trial brief filing deadline | April 27, 2026 |
| Disclosure of government's witness list | April 27, 2026 |

ORDER TO CONTINUE TRIAL AND EXTEND
PRETRIAL MOTIONS
(*United States v. Multani*, No. CR25-219-JNW) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100

| Event | Deadline |
|---|---|
| Government's proposed jury instructions | April 27, 2026 |
| Pretrial conference | April 30, 2026, at 1:30 pm |
| Rebuttal expert disclosure deadline | May 1, 2026 |
| Defense exhibit list filing deadline | May 1, 2026 |
| Defense trial brief filing date | May 1, 2026 |
| Disclosure of defense witness list | May 1, 2026 |
| Defense proposed jury instructions | May 1, 2026 |
| Government's supplemental proposed jury instructions | May 6, 2026 |
| Trial | May 11, 2026 |

DATED this 25th day of November, 2025.

_____
JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *J. Leonardo Costales*
Attorney for Amandeep Singh Multani

s/ *Miriam Hinman*
Attorney for the United States

ORDER TO CONTINUE TRIAL AND EXTEND
PRETRIAL MOTIONS
(*United States v. Multani*, No. CR25-219-JNW) - 3

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA 98101**
**(206) 553-1100**