THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,    )   No. CR25-219-JNW
                             )
              Plaintiff,     )
                             )
      v.                     )   ORDER TO EXTEND PRETRIAL
                             )   DEADLINES
                             )
AMANDEEP SINGH MULTANI,      )
                             )
              Defendant.     )
_____)

THE COURT has considered the stipulated motion to extend Amandeep Singh Multani's pretrial motions deadline and defense notice of expert evidence deadline along with the records in this case.

IT IS ORDERED that pretrial motions are due by March 23, 2026, and the defense notice of expert evidence regarding insanity or mental condition is also due by March 23, 2026. Responses to pretrial motions are due April 6, 2026.

DATED this 17th day of March 2026.

_____
JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *J. Leonardo Costales*
Attorney for Amandeep Singh Multani

s/ *Miriam Hinman*
Attorney for the United States of America

ORDER TO EXTEND PRETRIAL DEADLINES
(*United States v. Multani*, No. CR25-219-JNW) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA 98101**
**(206) 553-1100**