THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

AMANDEEP SINGH MULTANI,

Defendant.

No. CR25-219-JNW

ORDER TO CONTINUE TRIAL AND
EXTEND PRETRIAL MOTIONS
DEADLINE

THE COURT has considered the parties' second stipulated motion to continue the trial date and extend the pretrial motions deadline. For the reasons described in that motion, THE COURT FINDS that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);

(b) a failure to grant such a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

(c) the additional time requested is a reasonable period of delay as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses;

ORDER TO CONTINUE TRIAL AND EXTEND
PRETRIAL MOTIONS
(*United States v. Multani*, No. CR25-219-JNW) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A);

(e) the time requested between the current trial date and the new trial date is needed to provide counsel the reasonable time necessary to prepare for trial considering counsel's schedule and all the facts set forth above; and

(f) the period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS ORDERED that the following trial schedule is adopted:

| Event | Deadline |
| --- | --- |
| Pretrial motions filing date | August 10, 2026 |
| Defense notice of expert evidence regarding insanity or mental condition | August 10, 2026 |
| Pretrial motions response date | August 24, 2026 |
| Pretrial motions reply date | August 31, 2026 |
| Government expert disclosures | September 4, 2026 |
| Motions in limine filing date | September 8, 2026 |
| Motions in limine response date | September 17, 2026 |
| Defense expert disclosures | September 21, 2026 |
| Government's exhibit list filing deadline | September 21, 2026 |
| Government's trial brief filing deadline | September 21, 2026 |
| Disclosure of government's witness list | September 21, 2026 |
| Government's proposed jury instructions | September 21, 2026 |
| Pretrial conference | TBD |
| Rebuttal expert disclosure deadline | September 25, 2026 |
| Defense exhibit list filing deadline | September 25, 2026 |
| Defense trial brief filing date | September 25, 2026 |

ORDER TO CONTINUE TRIAL AND EXTEND
PRETRIAL MOTIONS
(*United States v. Multani*, No. CR25-219-JNW) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100

| Event | Deadline |
|---|---|
| Disclosure of defense witness list | September 25, 2026 |
| Defense proposed jury instructions | September 25, 2026 |
| Government's supplemental proposed jury instructions | September 30, 2026 |
| Trial | October 5, 2026 |

DATED this 25th day of March, 2026.

_____
JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *J. Leonardo Costales*
Attorney for Amandeep Singh Multani

s/ *Miriam Hinman*
Attorney for the United States

ORDER TO CONTINUE TRIAL AND EXTEND
PRETRIAL MOTIONS
(*United States v. Multani*, No. CR25-219-JNW) - 3