The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff

v.

AMANDEEP SINGH MULTANI,

Defendant.

NO.  CR25-219 JNW

ORDER REGARDING MENTAL
COMPETENCY RESTORATION

THE COURT, having reviewed the Motion for Hearing to Determine Competency (Docket No. 32) filed by counsel for Defendant Amandeep Singh Multani, the Forensic Evaluation prepared by Dr. Jessica Hart, dated February 20, 2026 (Docket No. 33), the Forensic Evaluation prepared by Dr. Wendi Wachsmuth, dated May 18, 2026 (Docket No. 46), the Report and Recommendation of the Honorable Brian A. Tsuchida, and the entirety of the file in this matter, hereby adopts that Report and Recommendation and finds, by a preponderance of the evidence, that the Defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to assist properly in his defense.  Therefore,

IT IS ORDERED that the Defendant be committed to the custody of the Attorney General, pursuant to 18 U.S.C. § 4241(d), and that the Attorney General shall hospitalize the Defendant for treatment in a suitable facility to determine whether there is a substantial probability that in the foreseeable future the Defendant will attain the capacity

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

to permit the proceedings to go forward and, if appropriate, to undergo competency restoration treatment, which may include, as necessary, individual therapy;

IT IS FURTHER ORDERED that this hospitalization shall be for a reasonable period of time, not to exceed four months, commencing from the date of designation of a suitable facility by the Bureau of Prisons, and that this period of time may be extended for an additional reasonable period of time only upon further Order of this Court;

IT IS FURTHER ORDERED that, no later than upon the completion of the aforementioned four-month period, the mental health professionals acting on behalf of the Attorney General shall prepare a report of their examination of the defendant and of his competency status, and that this report be filed with the Court, with copies provided to counsel for the defendant and the government;

IT IS FURTHER ORDERED that the United States Marshals Service shall arrange for the transportation of the Defendant at government expense to and from the facility designated by the Bureau of Prisons and that such transportation be carried out in a way that avoids unreasonable delays;

IT IS FURTHER ORDERED that the Defendant shall cooperate with the persons performing this examination and competency restoration treatment; and

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. § 3161(h)(1)(A) and (h)(4), that the period of delay resulting from the commitment period and other proceedings related to the Defendant's mental competency, including any time leading up to and including the Court's hearing concerning defendant's competency following examination and treatment, shall be excluded in the computation of time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

IT IS FURTHER ORDERED that, considering the anticipated delay to the proceedings as noted above, the case scheduling order entered in this matter (Docket No. 40) is hereby stayed.  The parties are instructed to submit for the Court's consideration a revised case scheduling order at the conclusion of the competency proceedings.

IT IS SO ORDERED.

ORDER REGARDING MENTAL COMPETENCY RESTORATION- 2
*United States v. Multani,* CR25-219-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Dated this 15th day of June, 2026.

_____
JAMAL N. WHITEHEAD
United States District Judge

Presented by:

*s/ Miriam R. Hinman*
MIRIAM R. HINMAN
Assistant United States Attorney


*s/ J. Leonardo Costales*
J. LEONARDO COSTALES
Assistant Federal Public Defender
Counsel for Amandeep Singh Multani

ORDER REGARDING MENTAL COMPETENCY RESTORATION- 3
*United States v. Multani,* CR25-219-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970