The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br><br>v.<br><br>AMANDEEP SINGH MULTANI<br><br>Defendant. | NO. CR 25-219 JNW<br><br><br><br>ORDER TO SEAL DOCUMENT |

Having read the Government's Motion to Seal and because of the sensitive information contained in the Government's Supplemental Briefing Regarding Defendant's Competency,

It is hereby ORDERED that the Government's Supplemental Briefing Regarding Defendant's Competency shall remain sealed.

DATED this 16th day of July, 2026.

_____
Jamal N. Whitehead
United States District Judge

Order to Seal - 1
*United States v. Multani*/ CR 25-219 JNW

Presented by:

*s/ Miriam R. Hinman*
MIRIAM R. HINMAN
Assistant United States Attorney

Order to Seal - 2
*United States v. Multani*/ CR 25-219 JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970